# IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| VANESSA OCHOA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:21-cv-00829 |
| | § | |
| JOHN BENTON MODEL FITNESS, LLC, | § | JURY DEMANDED |
| | § | |
| *Defendant.* | § | |

## DEFENDANT'S EXHIBIT INDEX

Certified State Court Docket Sheet ......................................................................................1

Plaintiff's Original Petition and Request for Disclosure .................................................2

JS 44 Civil Cover Sheet ....................................................................................................3

List of All Attorneys ..........................................................................................................4

List of All Parties ...............................................................................................................5