# EXHIBIT 1

16TH JUDICIAL DISTRICT COURT

# CASE SUMMARY
## CASE NO. 21-8964-16

| | | |
|---|---|---|
| Vanessa Ochoa v. John Benton Model Fitness, L.L.C. | § § § § | Location: 16th Judicial District Court<br>Judicial Officer: Shipman, Sherry<br>Filed on: 10/11/2021 |

### CASE INFORMATION

Case Type: **Injury/Damages - Not Motor Vehicle**

Case Status: **10/11/2021 Active**

### CASE ASSIGNMENT

**Current Case Assignment**
Case Number      21-8964-16
Court            16th Judicial District Court
Date Assigned    10/11/2021
Judicial Officer Shipman, Sherry

### PARTY INFORMATION

*Lead Attorneys*

**Plaintiff**  Ochoa, Vanessa

Gonzalez, Alex
*Retained*
956-284-0132(F)
956-518-1818(W)

**Defendant**  John Benton Model Fitness, L.L.C.

### EVENTS & ORDERS OF THE COURT

| DATE | |
|---|---|
| 10/11/2021 | Plaintiff's Original Petition |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | Plaintiff Ochoa, Vanessa | | |
| | Total Charges | | 277.00 |
| | Total Payments and Credits | | 277.00 |
| | **Balance Due as of 10/14/2021** | | **0.00** |
| 10/14/2021 | Charge | Plaintiff Ochoa, Vanessa | 277.00 |
| 10/14/2021 | TexFile Payment   Receipt # 2021-31392 | Plaintiff Ochoa, Vanessa | (277.00) |

CERTIFIED A TRUE AND CORRECT COPY OF THE RECORD ON FILE IN MY OFFICE
DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK
10/15/2021  By: Fernando D____  Deputy Clerk