# EXHIBIT 4

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VANESSA OCHOA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:21-cv-00829 |
| JOHN BENTON MODEL FITNESS, LLC, | § § | JURY DEMANDED |
| *Defendant.* | § § | |

## LIST OF ATTORNEYS

| Attorney Name, Bar Number, Address & Telephone | Party Represented |
|---|---|
| Matthew C. Acosta<br>State Bar No. 24062577<br>macosta@pcrfirm.com<br>PLATT CHEEMA RICHMOND PLLC<br>1201 N. Riverfront Blvd., Suite 150<br>Dallas, Texas 75207<br>214.559.2700 - Telephone | Defendant John Benton Model Fitness, LLC |
| Alex Gonzalez<br>State Bar No. 24084193<br>agonzalez@pcinjury.com<br>PACHECO & COUCEIRO, PLLC<br>2320 Central Boulevard<br>Brownsville, Texas 78520<br>(956) 518-1818 - Telephone | Plaintiff Vanessa Ochoa |