# EXHIBIT 5

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VANESSA OCHOA, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:21-cv-00829 |
| JOHN BENTON MODEL FITNESS, LLC, | § § § | JURY DEMANDED |
| *Defendant.* | § | |

## LIST OF PARTIES

The parties in Case No. 21-8964-16, pending in the 16th Judicial District Court of Denton County, Texas, are as follows:

1. Vanessa Ochoa – Plaintiff

2. John Benton Model Fitness, LLC – Defendant

Defendant reserves the right to supplement this list as further information becomes available.