## IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| VANESSA OCHOA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:21-cv-00829-ALM |
| | § | |
| JOHN BENTON MODEL FITNESS, LLC, | § | JURY DEMANDED |
| | § | |
| *Defendant.* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

WHEREAS, Defendant John Benton Model Fitness, LLC ("Defendant") and Plaintiff Vanessa Ochoa ("Plaintiff") (collectively, the "Parties") have resolved Plaintiff's claims for relief against Defendant asserted in this case.

NOW, THEREFORE, the Parties, through their attorneys of record, request this Court to dismiss all claims brought by Plaintiff against Defendant with prejudice. The Parties further agree that each party shall bear its own attorneys' fees, costs of court and expenses borne by the party incurring the same.

Dated: March 28, 2023

Respectfully submitted,

/s/ Matthew C. Acosta
Matthew C. Acosta
Texas Bar No. 24062577
macosta@pcrfirm.com
PLATT CHEEMA RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR DEFENDANT**
**JOHN BENTON MODEL FITNESS, LLC**

**-and-**

/s/ Alex Gonzalez
Alex Gonzalez
Texas Bar No. 24084193
agonzalez@pcinjury.com
PACHECO & COUCEIRO, PLLC
2320 Central Boulevard
Brownsville, Texas 78520
(956) 518-1818 Main
(956) 284-0132 Fax

**COUNSEL FOR PLAINTIFF**
**VANESSA OCHOA**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Defendant does hereby certify that Defendant's counsel conferred with Plaintiff's counsel via email on March 28, 2023, and they advised that Plaintiff agrees with the filing of the attached proposed order.

/s/ Matthew C. Acosta
Matthew C. Acosta

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email on March 28, 2023.

/s/ Matthew C. Acosta
Matthew C. Acosta