# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| VANESSA OCHOA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:21-cv-00829-ALM |
| | § | |
| JOHN BENTON MODEL FITNESS, LLC, | § | JURY DEMANDED |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day, Defendant John Benton Model Fitness, LLC ("Defendant") and Plaintiff Vanessa Ochoa ("Plaintiff") (collectively, the "Parties") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case.

It is therefore **ORDERED** that the Parties' Joint Motion to Dismiss with Prejudice is **GRANTED** and that all claims for relief brought by Plaintiff against Defendant are dismissed with prejudice. **IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.